**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 95-2054**

—————————

MARTIN G. BAYERLE,

                       Plaintiff - Appellant,

    versus

NEIL S. BUCKLEW; RICHARD ADAMS; CATHY M.
ARMSTRONG; KAY GOODWIN; DAVID C. HARDESTY,
JR.; JOHN R. HOBLITZELL; JOHN G. HOPKINS, V;
LUCIA B. JAMES; CHARLES W. MANNING; HENRY R.
MAROCKIE; PAUL R. MARTINELLI; JON A. MCBRIDE;
ROBERT A. MCMILLAN; A. MICHAEL PERRY; JOSEPH
W. POWELL; C. ALLAN ROBERTS; HENRY G. TAYLOR;
DAVID G. TODD; CLIFFORD M. TRUMP, Trustees,
Individually; ROBERT M. BASTRESS; THOMAS CADY;
LISA EICHHORN; ROBERT G. LATHROP; MAJORIE
MCDIARMID, Committee Members, Individually,

                       Defendants - Appellees.

—————————

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg. William M. Kidd, Senior
District Judge. (CA-94-144)

—————————

Submitted: March 21, 1996         Decided: March 29, 1996

—————————

Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Martin G. Bayerle, Appellant Pro Se.  Stephen Randolph Brooks, FURBEE, AMOS, WEBB & CRITCHFIELD, Fairmont, West Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Bayerle v. Bucklew</u>, No. CA-94-144 (N.D.W. Va. Apr. 28, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>